**Opinion filed November 5, 2009**



In The

# Eleventh Court of Appeals

_____

## No. 11-09-00156-CV

_____

## PACKERS PLUS ENERGY SERVICES, INC. ET AL, Appellants

## V.

## HALLIBURTON ENERGY SERVICES, INC. ET AL, Appellees

**On Appeal from the 238th District Court**
**Midland County, Texas**
**Trial Court Cause No. CV44964**

### M E M O R A N D U M   O P I N I O N

The parties have filed in this court a joint motion to dismiss the appeal. The parties state that all matters in controversy have been settled. The motion is granted, and the appeal is dismissed.

PER CURIAM

November 5, 2009

Panel consists of:  Wright, C.J.,
McCall, J., and Strange, J.